# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO. 1:20-cv-23709-ALTONAGA/GOODMAN

| | |
|---|---|
| MARIA RIVIERE, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., GUIDEWELL MUTUAL HOLDING CORPORATION, and HEALTH OPTIONS INC., | ) ) ) ) ) ) |
| Defendants. | ) ) |

## PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

On December 2, 2020, Defendants served a Fed. R. Civ. P. 68 Offer of Judgment on Counsel for the Plaintiff. Defendants' Offer of Judgment is attached as Exhibit A. Plaintiff notifies this Honorable Court that she ACCEPTS Defendants' Offer of Judgment to resolve her individual Fair Labor Standards Act claim in this action. Pursuant to the Offer of Judgment and *Lynn's Food Stores, Inc. v. U.S.*, Plaintiff will submit for review and approval the proposed settlement and attorneys' fees and costs for Plaintiff's attorneys in this action by January 15, 2021. *See Lynn's Food Stores, Inc. v. U.S.,* 679 F.2d 1350, 1352 (11th Cir. 1982).

Dated: December 11, 2020

/s/Janet R. Varnell
**VARNELL & WARWICK, P.A.**
Janet R. Varnell; FBN: 0071072
Brian W. Warwick; FBN: 0605573
Matthew T. Peterson, FBN: 1020720
Erika Willis, FBN: 10021

1101 E. Cumberland Ave., Suite 201H, #105
Tampa, Florida 33602
Telephone: (352) 752-8600
Facsimilie: (352) 504-3301
jvarnell@varnellandwarwick.com
bwarwick@varnellandwarwick.com
mpeterson@varnellandwarwick.com
ewillis@varnellandwarwick.com
kstroly@varnellandwarwick.com

**NICHOLS KASTER, PLLP**
Rachhanna T. Srey, Admitted Pro Hac Vice
Croline E. Bressman, Admitted Pro Hac Vice
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870
srey@nka.com
cbressman@nka.com

and

**BERGER MONTAGUE PC**
Sarah R. Schalman-Bergen, Admitted Pro Hac Vice
Camille Fundora Rodriguez, Admitted Pro Hac Vice
Krysten Connon, Admitted Pro Hac Vice
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4620
sschalman-bergen@bm.net
crodriguez@bm.net
kconnon@bm.net

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was served by ECF on all known parties on this 11th day of December, 2020.

                                                      /s/ Janet R. Varnell
                                                      Janet R. Varnell