UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-23709-CIV-ALTONAGA/Goodman

**MARIA RIVIERE**,

    Plaintiff,

v.

**BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.**; *et al*.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on the parties' Joint Motion for Approval of the Settlement Agreement . . . [ECF No. 60], filed on January 4, 2021. The Court has carefully reviewed the Motion, the file, and applicable law. Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The parties' Joint Motion for Approval of the Settlement Agreement . . . **[ECF No. 60]** is **GRANTED**.

2. Final Judgment is entered in favor of Plaintiff, Maria Riviere, in the amount of Twenty-Five Thousand Dollars ($25,000.00).

3. The Court retains jurisdiction to enforce the terms of the parties' Settlement Agreement (*see generally* Mot., Settlement Agreement and Release of Claims Pursuant to the Offer of Judgment [ECF No. 60-1]).

**DONE AND ORDERED** in Miami, Florida, this 6th day of January, 2021.

                                                **CECILIA M. ALTONAGA**
                                                **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record